IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL W. WEATHERLY                                                                PLAINTIFF
#10797

v.                              CASE NO. 4:25-CV-00872-BSM

WHITE COUNTY SHERIFF'S
DEPARTMENT                                                                           DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE